Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
PHONE 202.973.8800
FAX 202.973.8899

www.wsgr.com

March 28, 2016



**BY HAND**

Fernando Galindo, Clerk
United States District Court for the
 Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: <u>Supernus Pharmaceuticals, Inc et al. v. Hon. Michelle K. Lee et al.</u>

Dear Sir or Madam:

Please find enclosed, for filing, the following documents from Plaintiffs Supernus, Inc. and United Therapeutics Corporation:

1. Complaint for Patent Term Adjustment
2. Civil Cover Sheet (original and one copy)
3. Summons (original plus two copies)
4. Check for $400.00
5. Financial Interest Disclosure Statement, Local Rule 7.1

The documents will be served on Defendant Hon. Michelle K. Lee and Office of the General Counsel of the U.S. PTO registered agent through personal service. Please do not hesitate to contact me at the number above if you have any questions regarding this matter.

Sincerely,

Veronica Ascarrunz

Enclosures